SARIT SIMHAYOFF-COHEN (SBN 231555)
ATTORNEY AT LAW
36 COTTONWOOD DRIVE
SAN RAFAEL, CA 94901
Telephone 415-407-4197
Email: saritsimayof@gmail.com

Attorney for Defendants Menahem Shalit (AKA Manor Shalit), Yosef Weintraub, Aharon Weintraub, Joe & The Lock Inc., a California Corporation, King Key Locksmith San Francisco, Inc., Lockstar Locksmith San Francisco Inc.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO

| | |
|---|---|
| LOCKSMITH EMERGENCY SOLUTIONS INC. et. al<br><br>Plaintiffs,<br>vs.<br><br>MENAHEM SHALIT et. al.<br><br>Defendants | Case No.: 3:20-CV-01518-LB<br><br>**DECLARATION OF SARIT SIMHAYOFF RE DOC 23 NON-APPEARANING DEFENDANTS**<br><br>Date: May 14th, 2020<br>Time: 9:30AM<br>Dept: Courtroom B, 15th Floor<br>Judge: Hon. Judge Laurel Beeler |

I, Sarit Simhayoff-Cohen, declare as follows:

1. I am an attorney licensed to practice law in the State of California, and am the attorney for Defendants Menahem Shalit (AKA Manor Shalit), Yosef Weintraub, Aharon Weintraub, Joe & The Lock Inc., a California Corporation, King Key Locksmith San Francisco, Inc., Lockstar Locksmith San Francisco Inc. I have personal knowledge of the facts stated therein, except those matters which are stated on information and belief, and if called as a witness, I could and would competently testify thereto.

2. On May 2nd and May 5th, 2020 I received this court's order advising counsels as to different ways to overcome the current issues of the non-appearing defendants and the two current motions, appearing Defendants' motion to dismiss and appearing Defendants' motion to strike, which are set to be heard on May 14th, 2020.

3. On May 5th, 2020, I reached out to opposing counsel in an attempt to meet and confer. Todate I have not heard back from opposing counsel.

4. As of today, I was not hired to represent the two non-appearing Defendants.

5. On or about May 4th and May 5th, 2020 I reached out to my clients to ask if they were in contact with individual Defendant Dawn Barbie. They advised that they were not. I then asked my clients to attempt to contact individual Defendant Dawn Barbie to get her consent to a magistrate judge to hear the two motions.

6. As of today, May 7th, 2020 neither myself nor my clients were able to reach Defendant Dawn Barbie to obtain her consent.

I declare under penalty of perjury under the laws of the state of California that the forgoing is true and correct. Executed, as dated below, in San Rafael, CA.

Dated: May 7th, 2020

Sarit Simhayoff-Cohen
Attorney for Defendants