UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOCKSMITH EMERGENCY SOLUTIONS INC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MENAHEM SHALIT, et al.,<br><br>Defendants. | Case No. 3:20-cv-01518-WHO<br><br>**ORDER TO SHOW CAUSE RE: SUBJECT MATTER JURISDICTION** |

Plaintiffs Mordechay Mark Amar and Locksmith Emergency Solutions Inc. initiated this action against eight defendants on February 28, 2020, and it was reassigned to me on May 11, 2020. According to the plaintiffs, this suit belongs in federal court because of their cause of action for trademark infringement, which also purports to plead an unfair competition claim under federal law. *See* Complaint [Dkt. No. 1] ¶¶ 116–22. The nine[1] remaining causes of action rest on state law, and there can be no diversity jurisdiction on the face of the Complaint, which pleads that parties on both sides reside or are incorporated in California. *Id.* ¶¶ 1–2.

These claim(s) are far from well pleaded (to put it charitably). There are virtually no facts alleged in support of either one. Further, it is difficult to imagine the plaintiffs being able to plausibly allege that businesses named "King Key Locksmith San Francisco" and "Lockstar Locksmith San Francisco Inc." could create a likelihood of confusion with the rather different asserted marks "Auto Locksmith San Francisco" and "Auto Locksmith San Jose." The plaintiffs have made no substantive response to the April 6, 2020 Motion to Dismiss that raised these issues. *See* Dkt. Nos. 20, 21 (purporting to respond to the motion to dismiss but including only a

---

[1] Although ten causes of action are listed, the eighth cause of action for trademark infringement is "in fact seven different counts." Compl. ¶ 116.

declaration and a service invoice).

No later than **June 1, 2020**, the plaintiffs are ORDERED TO SHOW CAUSE why this case should not be dismissed for lack of federal subject matter jurisdiction (unless they elect to dismiss it without prejudice prior to that time). The plaintiffs' request for an extension of time to serve the remaining defendants is GRANTED. Dkt. No. 28. The plaintiffs shall effect service no later than **June 15, 2020**.

**IT IS SO ORDERED.**

Dated: May 12, 2020

William H. Orrick
United States District Judge