1  Hadar W, Weitzman State Bar No. 152935
   Hadar Weitzman Law Corp.
2  5 Coronet Way
   Kentfield, CA 94904
3  Telephone: 415-747-8995
4  Cell phone: 415-306-3150
   Facsimile: 415-789-4000
5  E-mail Address: hweitzman2010@gmail.com

6  Attorney for Plaintiffs

7                    UNITED STATES DISTRICT COURT
8                    NORTHERN DISTRICT OF CALIFORNIA
9                              SAN FRANCISCO
10

11
12 | LOCKSMITH EMERGENCY              ) Case No. 3:20-cv-01518-WHO
   | SOLUTIONS INC.; MORDECHAY        )
   | (MARK) AMAR.                     ) **PLAINTIFFS' STATEMENT AND MOTION**
13 |                                  ) **RE Meet And Confer, Disclosures, and CMC**
14 |           Plaintiff,             ) **Statement**
   |                                  )
15 |      v.                          ) Date: Not Scheduled
   |           Defendants.            ) Time: Not Scheduled
16 |                                  ) Dept:
   |                                  ) Judge: Hon. William H. Orrick
17 | MENAHEM SHALIT (Aka MANOR        )
   | SHALIT)                          )
18 | YOSEF WEINTRAUB                  )
   | SHACHAR BARBIE (Aka DAWN         )
19 | BARBIE; Aka SHOSH BARBIE)        )
   | AHARON WEINTRAUB                 )
20 | DAWN & THE LOCK INC              )
21 | JOE & THE LOCK, INC.
   | KING KEY LOCKSMITH SAN
22 | FRANCISCO, INC.
   | LOCKSTAR LOCKSMITH SAN
23 | FRANCISCO, INC.,
   | DOES 1-10
24

25

26

27

28
                                      1

Plaintiffs are confused whether the Meet and Confer, the Disclosure and the CMC statement has to be filed today. In any case Plaintiffs' counsel contacted the Defendants' counsel for Meet and Confer but there was no answer by now. The confusion is because the CMC date has been vacated, and it is not scheduled yet.

In any case, to make sure, for respect to Court, in case the deadline is today, it is hervey requested to give instructions re new deadline.

Respectfully submitted,

//

///

Respectfully submitted

Dated: May 28, 2020                HADAR WEITZMAN LAW CORPORATION


                                    By:        /s/
                                         Hadar W. Weitzman


                                    By HADAR W. WEITZMAN, Attorney for Plaintiffs