```
1   Hadar W, Weitzman State Bar No. 152935
    Hadar Weitzman Law Corp.
2   5 Coronet Way
    Kentfield, CA 94904
3   Telephone: 415-747-8995
    Cell phone: 415-306-3150
4   Facsimile: 415-789-4000
5   E-mail Address: hweitzman2010@gmail.com

6   Attorney for Plaintiffs
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO

| | |
|---|---|
| LOCKSMITH EMERGENCY SOLUTIONS INC.; ) | Case No. 3:20-cv-01518-WHO |
| MORDECHAY (MARK) AMAR. ) | |
| ) | **PLAINTIFFS' NOTICE OF** |
| Plaintiff, ) | **DISMISSAL WITHOUT PREJUDICE.** |
| ) | |
| v. ) | Date: Not Scheduled |
| Defendants. ) | Time: Not Scheduled |
| ) | Dept: Courtroom B, 15th Floor |
| MENAHEM SHALIT (Aka MANOR SHALIT) ) | Judge: Hon. Judge Laurel Beeler |
| YOSEF WEINTRAUB ) | |
| SHACHAR BARBIE (Aka DAWN BARBIE; Aka ) | |
| SHOSH BARBIE) ) | |
| AHARON WEINTRAUB ) | |
| DAWN & THE LOCK INC ) | |
| JOE & THE LOCK, INC. ) | |
| KING KEY LOCKSMITH SAN FRANCISCO, ) | |
| INC. | |
| LOCKSTAR LOCKSMITH SAN FRANCISCO, | |
| INC., | |
| DOES 1-10 | |

Pursuant to FRCP 41(a)(1)(A)(i), PLAINTIFFS hereby dismiss the Complaint without prejudice.

///

///

1

**PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE** Case No. 3:20-cv-01518-WHO

1  ///

2  ///

3

4  Respectfully submitted

5  Dated: June 1, 2020                    HADAR WEITZMAN LAW CORPORATION

6

7                                          By:          /s/         
8
                                                Hadar W. Weitzman
9

10

11                                         By HADAR W. WEITZMAN, Attorney for Plaintiffs